UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFIA SHUMS, *pro se*,

                           Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION and MARILYN ALESI,

                           Defendants.
------------------------------------------------------------X

JUDGMENT
04-CV-4589 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 3, 2006, granting in part and denying in part defendants' motion to dismiss; denying defendants' motion with respect to plaintiff's First Amendment retaliation claim; denying defendants' motion to dismiss plaintiff's Title VII claims as to the New York City Department of Education but granted as to Marilyn Alesi; and dismissing plaintiff's claims under the New York State Human Rights Law and the New York City Human Rights Laws because the Court lacks subject matter jurisdiction to decide whether plaintiff should be allowed to file a late notice of claim; it is

JUDGMENT
04-CV- 4589 (DLI)

ORDERED and ADJUDGED that defendants' motion to dismiss is granted in part and denied in part; that the Court denies defendants' motion with respect to plaintiff's First Amendment retaliation claim; that defendants' motion to dismiss plaintiff's Title VII claim is denied as to the New York City Department of Education but granted as to Marilyn Alesi; and that plaintiff's claim under the New York State Human Rights Law and the New York City Human Rights Law are dismissed because the Court lacks subject matter jurisdiction to decide whether plaintiff should be allowed to file a late notice of claim.

Dated: Brooklyn, New York
       June 16, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court